BENJAMIN VAUGHN, DC Bar #999347
E-mail: Benjamin.vaughn@cfpb.gov
Phone: 202-435-7964
1700 G Street, NW
Washington, DC 20552
Fax 202-435-7722

LEANNE HARTMANN, CA Bar # 264787 - Local Counsel
E-mail: Leanne.hartmann@cfpb.gov
301 Howard St., Suite 1200
San Francisco, CA 94105
Phone: (415) 844-9787
Fax 202-435-7722

Attorneys for Plaintiff Bureau of Consumer Financial Protection

Michael Carrigan
E-mail: Michael.carrigan@rocketmail.com
17702 Eric Avenue
Cerritos, CA 90703
Telephone: 714-944-7642

Pro se Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection,<br><br>    Plaintiff,<br><br>    vs.<br><br>Certified Forensic Loan Auditors, LLC;<br>Andrew Lehman; and Michael Carrigan,<br><br>    Defendants. | Case No.: 2:19-cv-7722<br><br>JOINT MOTION FOR ENTRY OF STIPULATED FINAL JUDGMENT AND ORDER AS TO DEFENDANT MICHAEL CARRIGAN |

The Bureau of Consumer Financial Protection (Bureau) has filed in this Court its Complaint against Defendants Certified Forensic Loan Auditors, LLC, Andrew Lehman and Michael Carrigan under the Consumer Financial Protection Act of 2010 (CFPA), 12 U.S.C. §§ 5531, 5536(a), 5564 and 5565, and under section 626 of the Omnibus Appropriations Act, 2009 (as amended by section 1097 of the CFPA), 12 U.S.C. § 5538, and its implementing regulation, the Mortgage Assistance Relief Services Rule (Regulation O), 12 C.F.R. pt. 1015 (2011). The Bureau and Carrigan

1 have agreed to the attached Stipulated Final Judgment and Order, which, if entered
2 by the Court, would resolve all matters in dispute in the action between them.
3 Pursuant to Local Rule 7.1.
4     The Bureau and Mr. Carrigan hereby jointly move that the Court approve and
5 enter the Stipulated Final Judgment and Order attached as Attachment A – Stipulated
6 Final Judgment and Order.

Dated: September 5, 2019         Respectfully Submitted

/s/ Leanne Hartmann
Leanne Hartmann
Benjamin Vaughn (pro hac pending)

*Enforcement Attorneys*
Bureau of Consumer Financial Protection
1700 G Street, NW
Washington, D.C. 20552
Telephone Hartman (415-844-9787)
Telephone Vaughn (202-435-7964)

Fax: 202-435-7722
E-mail: Leanne.hartman@cfpb.gov
E-mail: Benjamin.vaughn@cfpb.gov

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

Date: September 5, 2019

Michael Carrigan

*Defendant*
17702 Eric Avenue
Cerritos, CA 90703
Telephone: 714-944-7642
E-mail: Michael.carrigan@rocketmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed on September 5, 2019, which will send notification to all parties registered with the Court's CM/ECF system. Copies for the forgoing document were also sent via USPS, Certified Mail, Return Receipt to:

Michael Carrigan
17702 Eric Avenue
Cerritos, CA 90703

Certified Forensic Loan Auditors, LLC
C/O Andrew Lehman
94 Bayou Lane,
Kemah, Texas 77565

Andrew Lehman
94 Bayou Lane,
Kemah, Texas 77565

/s/ Leanne Hartmann
Leanne Hartmann
Enforcement Attorney
E-mail: Leanne.hartmann@cfpb.gov
301 Howard St., Suite 1200
San Francisco, CA 94105
Phone: (415) 844-9787
Fax 202-435-7722