Name and address:
Gabriel S.H. Hopkins
Bureau of Consumer Financial Protection
1700 G St. NW
Washington, DC 20552

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection <br><br> Plaintiff(s) <br><br> v. <br><br> Certified Forensic Loan Auditors, LLC; Andrew Lehman; Michael Carrigan <br><br> Defendant(s). | **CASE NUMBER** <br><br> 2:19-cv-7722 <br><br> **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Hopkins, Gabriel S.H. of Bureau of Consumer Financial Protection, 1700 G St. NW, Washington, DC 20552
*Applicant's Name (Last Name, First Name & Middle Initial)*

202-435-7842
*Telephone Number*    *Fax Number*

gabriel.hopkins@gmail.com
*E-Mail Address*    *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Bureau of Consumer Financial Protection

*Name(s) of Party(ies) Represented*    ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

**and designating as Local Counsel**

Hartmann, Leanne E. of Bureau of Consumer Financial Protection, 301 Howard Street, Suite 1200, San Francisco, CA 94105
*Designee's Name (Last Name, First Name & Middle Initial)*

264787    415-844-9787    415-844-9788
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

leanne.hartmann@cfpb.gov
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid, ☐ be returned ☒ not be refunded.

Dated  October 10, 2019

*[signature]*
**U.S. District Judge/U.S. Magistrate Judge**

G–64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1