# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection,<br><br>PLAINTIFF(S)<br>v.<br>Certified Forensic Loan Auditors, LLC, et al.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:19-cv-07722-ODW-JEM<br><br>**ORDER STRIKING FILED DOCUMENTS FROM THE RECORD** |

WHEREAS, the documents listed below were improperly filed for the following reason(s)

Docket Entry Nos. 3, 4, and 5 are duplicative, deficient, and moot.

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| **Document Entitled** | **Filed** |
|---|---|
| APP of Atty. Gabriel Hopkins to Appear Pro Hac - Doc. #3 | September 6, 2019 |
| Amended APP of Atty. Gabriel Hopkins to Appear Pro Hac - Doc. # 4 | September 6, 2019 |
| APP of Atty. Benjamin Vaughn to Appear Pro Hac - Doc. #5 | September 6, 2019 |

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

October 10, 2019
Date

United States District Judge

CV-80 (12/95)                **ORDER STRIKING FILED DOCUMENTS FROM THE RECORD**