UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | 2:19-cv-07722-ODW (JEMx) | Date | November 27, 2019 |
|---|---|---|---|
| Title | *Bureau of Consumer Financial Protection v. Certified Forensic Loan Auditors, LLC et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**     **In Chambers**

    Defendants Certified Forensic Loan Auditors, LLC and Andrew P Lehman (collectively "Defendants") served Plaintiff Bureau of Consumer Financial Protection ("Plaintiff") with a Federal Rule of Civil Procedure 12(b)(6) motion to dismiss and a motion to strike in this case on November 4, 2019.  (ECF Nos. 26, 28.)  On November 13, 2019, Plaintiff filed a first amended complaint, nine days after Defendants filed its responsive pleading.  (ECF No. 29.)  Federal Rule of Civil Procedure 15(a)(1) allows Plaintiffs to file an amended complaint once as a matter of course within twenty-one days of service with a Rule 12(b) motion.  Therefore, Plaintiffs' amended complaint was proper.  As the pending motions to dismiss and strike were based on a complaint that is no longer operative, the motions (ECF Nos. 26, 28) are DENIED as MOOT.  *See Ramirez v. Cty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

|  | : | 00 |
|---|---|---|
| Initials of Preparer | SE | |