# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUREAU OF CONSUMER FINANCIAL PROTECTION<br><br>Plaintiff(s),<br><br>v.<br><br>CERTIFIED FORENSIC LOAN AUDITORS, LLC, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:19−cv−07722−ODW−JEM<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed: 12/4/2019

Document Number(s): 42

Title of Document(s): RE Motion to dismiss by defendants

**ERROR(S) WITH DOCUMENT:**

Local Rule 7.1−1 No Notice of Interested Parties and/or no copies.

Other:

**Note: In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: December 4, 2019

By: /s/ *Linda Chai Linda_Chai@cacd.uscourts.gov*
Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**