BENJAMIN VAUGHN, DC Bar #999347
E-mail: Benjamin.vaughn@cfpb.gov
Phone: (202) 435-7964
GABRIEL HOPKINS, NY Bar #5242300
Email: Gabriel.hopkins@cfpb.gov
Phone: (202) 435-7842
1700 G Street, NW
Washington, DC 20552
Fax: (202) 435-7722

LEANNE E. HARTMANN, CA Bar #264787 - Local Counsel
E-mail: Leanne.hartmann@cfpb.gov
301 Howard St., Suite 1200
San Francisco, CA 94105
Phone: (415) 844-9787
Fax: (415) 844-9788

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, <br><br> Plaintiff, <br><br> vs. <br><br> Certified Forensic Loan Auditors, LLC (CA); Certified Forensic Loan Auditors, LLC (TX); Andrew Lehman; and Michael Carrigan, <br><br> Defendants. | Case No.: 2:19−cv−07722 DDP (JEMx) <br><br> NOTICE OF MOTION FOR PRELIMINARY INJUNCTION <br><br> DATE: JUNE 1, 2020 <br> TIME: 1:30 PM <br> JUDGE: HONORABLE OTIS D. WRIGHT II |

Plaintiff, the Bureau of Consumer Financial Protection, hereby provides notice that on Monday, June 1, 2020 at 1:30 pm it will move the Court for an order pursuant to Fed. R. Civ. P. 65(a) for a preliminary injunction preventing Defendants Certified Forensic Loan Auditors, LLC (CA), Certified Forensic Loan Auditors, LLC (TX), and Andrew Lehman from producing, marketing, or selling, or assisting others in the production, marketing or sale of consumer financial products or services and mortgage-assistance relief services.

| | | |
|---|---|---|
| 1 | Dated: April 23, 2020 | Respectfully submitted, |
| 2 | | |
| 3 | | /s/ Benjamin Vaughn<br>Leanne E. Hartmann<br>Benjamin Vaughn (pro hac vice) |
| 4 | | Gabriel Hopkins (pro hac vice) |
| 5 | | Consumer Financial Protection Bureau<br>1700 G Street, NW |
| 6 | | Washington, DC 20552<br>*Attorneys for Plaintiff* |
| 7 | | *Bureau of Consumer Financial Protection* |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

# CERTIFICATE OF SERVICE

I, Benjamin Vaughn, hereby certify that the foregoing Notice of Motion, Memorandum in Support of the Notice of Motion for Preliminary Injunction and Proposed Order were served electronically on the parties via the Court's electronic filing system.

*/s/* Benjamin Vaughn

Benjamin Vaughn (pro hac vice)
