1

Maryam Atighechi, Esq.  249318
*maryam@familylaw-firm.com*
2 ATIGHECHI LAW GROUP
9465 Wilshire Blvd., Suite 300
3 Beverly Hills, California 90212
Telephone: (424) 284-4258
4 Facsimile: (310) 773-4541
Attorney(s) For Defendants,
5 CERTIFIED FORENSIC
LOAN AUDITORS, LLC, AND
6 ANDREW P. LEHMAN

7

**UNITED STATES DISTRICT COURT**

8

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

9

10

11 BUREAU OF CONSUMER              )   CASE NO.: 2:19−cv−07722
FINANCIAL PROTECTION,             )
                                  )
12                    Plaintiff,  )   **JOINT REQUEST PURSUANT**
                                  )   **TO L.R. 83-9.2 FOR AN ORDER**
13        vs.                     )   **ON DEFENDANTS' MOTION TO**
                                  )   **DISMISS UNDER RULE 12(B)(6)**
14                                )
CERTIFIED FORENSIC LOAN           )
15 AUDITORS, LLC (TX), CERTIFIED   )
FORENSIC LOAN AUDITORS, LLC       )
16 (CA), AND ANDREW P. LEHMAN.     )
                                  )
17                                )
                    Defendants.   )
18                                )
                                  )
19                                )
                                  )
20                                )
_____

21

22       Defendants Certified Forensic Loan Auditors (TX) and Andrew Lehman and

23 Plaintiff Consumer Financial Protection Bureau hereby request, pursuant to L.R. 83-

24 9.2, an order on Defendants' Motion to Dismiss Plaintiff's First Amended Complaint.

25 *See* Dkt. 42. Pursuant to L.R. 83-9.1.1, the matter was fully submitted on December

26 30, 2019, the date Defendants' filed their reply in support of their motion to dismiss.

27 *See* Dkt. 49. As of April 28, 2020, the matter had been under submission for 120 days.

28

1
**JOINT REQUEST THAT ORDER BE ISSUED BY THE COURT ON DEFENDANTS MOTION TO DISMISS
UNDER RULE 12(B)(6)**

Respectfully submitted,

Dated:  May 5, 2020

By:/s/ Maryam Atighechi
Maryam Atighechi, Esq.,
Counsel for Defendants Andrew Lehman and
Certified Forensic Loan Auditors, LLC

Dated:  May 5, 2020

/s/ Benjamin Vaughn
Leanne E. Hartmann
Benjamin Vaughn (pro hac vice)
Gabriel Hopkins (pro hac vice)

Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552

*Attorneys for Plaintiff*
*Bureau of Consumer Financial Protection*

2
**JOINT REQUEST THAT ORDER BE ISSUED BY THE COURT ON DEFENDANTS MOTION TO DISMISS UNDER RULE 12(B)(6)**