## US District Court
## Central District California

FILED
CLERK, U.S. DISTRICT COURT
MAY 5 2020
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Judge Otis T. Wright                                    )

Bureau of Consumer Financial Protection    )     Case  2:19-CV-07722-ODW (JEM)

Vs                                                                )     Judge Otis T. Wright

The People of America
Certified Forensic Loan Auditing                )     Intervention

## ~~Motion~~ Request to intervene as of Right
## Alternatively Permissive Intervention Demanded

Now Comes Intervenor Judson Witham and states as follows,

1. The BCFP (Bureau of Consumer Financial Protection) formerly the Consumer Financial Protection Agency are a SECRETIVE and UNLAWFUL Entity that refuses to obey the Freedom of Information Act.

2. BCFP has secreted and hidden REFUSED to reveal to the American People in particular Intervenor Witham what Abstracting Methods They use to Validate and or Authenticate any Legitimate Interests in any Securitized Mortgages or the Alleged Trusts and Investment Groups and Firms that are alleged to OWN, CONTROL or Service Them.

3. BCFP and CFPB "AKA" The Consumer Finance Protection Agency seems to want a Monopoly on the Rights to By FIAT and DECLARATION who has the

Control and Ownership of Billions of Securitized and otherwise Loans and Mortgages on American's Homes and Businesses.

4. In this regard the CFPB or BCFP wants to SECRET the Auditing or Abstracting Technologies and Methods They Employ while attacking and seeking to Fine and Shut down Certified Forensic Loan Auditors. It would appear ABSTRACTING the Perpetrators of the Largest Financial Crime Spree in Human History is something BCFP wants to SECRET and Absoultely Hide as well as CONTROL.

5. Your intervenor has many times in writing asked CFPB " AKA " BCFP to release it's Files, Records and EMails that reveal how BCFP establishes the Authenticity and Legitimacy, Validness or Genuineness of ANY FINANCIAL ENCUMBRANCE or any Security Interest an any Financial Contract, Lein, Mortgage or Security Interest.

6. Until BCFP obeys and follows the Freedom of Information Aact and releases the Files and Records, Emails and Abstracting Information WITHAM INTERVENOR and others have been seeking, The BCFP is operating in a SECRETIVE MANNER while using Public or Government Funding to SECRET IT's Methods of investigating what Financial Contracts, Mortgages or other such Consumer Financial Transactions which BCFP employs to Validate, Authenticate or Abstract such financial Transactions. The PUBLIC MONEY that supports this Incorporated Gang at BCFP makes them a Public or at Minimum a Quasi Government Entity and the Freedom of Information Acts of all 50 States and the FOIA of the United States applies to them.

7. The American People have every Lawful Right to know Who Controls, Services, Owns or Operates the TRUSTS, Investment Groups, Servicers or Government

    Investment Agencies, Banks, Mortgage Companies or Holding Companies that Own and or CLAIM TO Control any interest in any such Financial Security.

8. The Andrew Lehman Company, CFLA and others like it have evry right to assist Americans to Tract, Abstract and Understand Who it is exactly that have SWINDLED THEM in Their Home Purchases and Who is Profiting from all the Securitized Financial Scamming. BCFP and the US Government have NO RIGHT TO OPERATE IN SECRET and certainly have NO RIGHT to be attacking and shutting down, fining or penalizing any Company that provides the Information and Services that CFLA Does.

9. Intervenor demands that the BCFP and the US Government Open Their Records and Files to the American People to see How They are Operating, What Methods and Technologies They are Paying for and Profiting From. BCFP has No Right to Operate in SECRET. It's files, emails, invoicng and records which reveal It's INVESTIGATION ACTIVITIES into Subprime Predatory Lending and the Predatory Foreclosure Industry MUST BE Produced for the American People.

Wherefore Premises Considered, Intervenor Judson Witham demads that BCFP be required to FULLY reveal what Technologies and Methods it is employing to Validate any of the Consumer Financial Transactions it employs.

1. All EMails pertaining to the above information which are germane should be produced

2. All Invoicing which reveals the Technologies used by BCFPthe US Government must be Opened to the Public per FOIA.

3. All Ownership, Investment Records of Individuals and to Who BCFP Profits and Proceeds records which reveal WHO PRECISELY is Profiting and Making Money from the BCFP Operations must be revealed.

4. Any and all FBI, DOJ, US Treasury, IRS or other State or Federal Government interaction or Contracts with Government Law Enforcement Agencies MUST BE PRODUCED.

5. The Dunns Number Registration or Dunn and Brad Street financial information and Files on BCFP are herein Demanded pursuant to the Freedom of Information Laws of The States and the FOIA of the United States.

6. Intervenor demands that the SECRECY and CLOAKING of the Mysterious Methods and Operations of the BCFP be made PUBLIC before any further Enforcement Action against CFLA is allowed to Proceed.

7. AMERICANS HAVE THE RIGHT TO KNOW Who controls Operates and is Profiting from Government Money at BCFP. The US Government has NO RIGHT to any Monopoly on Forensic Tracing of Mortgage and other Financial Encumbrances. Who exactly is Profiting from the BCFP operations and Who is PROTECTING Predatory Foreclosers and Predatory Lenders and Money Launderers MUST BE ESTOPPED, DISCLOSED and Prevented from any further Unlawful Consumer Victimizations.

Respectfully Submitted

*Judson Witham*

Judson Witham
Research Team
15215 Aiken Rd
Wake Forest, NC 27587
Ph 801-602-9131

## Certificate of Service

By US Mail and EMail all Counsel for the BCFP and Parties at CFLA has been done on this the 2nd of May 2020 at,

**Judge Otis D.Wright**, II ,
350 w. 1st Street, Ste 4311 Los Angeles, California 90012-4565


Clerk , United States District Court , Central District of California
350 W 1st Street
Los Angeles, Ca 90012

---

Andrew Lehman
Andrew@cfla.com
sales@cfla.com

Maryam Atighechin  Esquire
9465 Wilshire Blvd Suite 300
Beverly Hills,  California 90212
Ph  424-284-4238

Andrew Lehman
Sales@certifiedforensicloanauditors.com
AndrewLehman@certifiedforensicloanauditors.com

Bureau of Consumer Financial Protection
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC  20552

Leon F Hartmann    Leanne.hartmann@cfpb.gov
Benjamin Vaughn    Benjamin.vaughn@cfpb.gov
Gabriel Hopkins    Gabrial.hopkins@cfpb.gov