ANDREW P. LEHMAN, J.D.
Lehmanlaw2002@yahoo.com
94 Bayou Lane,
Kemah, TX 77565
Telephone: 281-409-6939
Facsimile: 310-388-0175
DEFENDANT PRO SE



FILED
CLERK, U.S. DISTRICT COURT
MAY 26, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUREAU OF CONSUMER FINANCIAL PROTECTION<br><br>PLAINTIFF/PETITIONER,<br>v.<br>CERTIFIED FORENSIC LOASN AUDITORS, LLC,<br>ANDREW LEHMAN, J.D., ET AL<br>DEFENDANT(S). | CASE NUMBER<br><br>2:19-CV-07722-ODW(JEM)<br><br>**REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT** |

I, ANDREW P LEHMAN, J.D._____, declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed? ☑Yes  ☐No
    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _CFLA, 94 BAYOU LANE, KEMAH, TX 77565, WAGES ARE LESS THAN $2,000.00 / MONTH_

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, *within the past twelve months*, any money from any of the following sources?
    a. Business, profession or form of self-employment?  ☐Yes  ☑No
    b. Rent payments, interest or dividends?  ☐Yes  ☑No
    c. Pensions, annuities or life insurance payments?  ☐Yes  ☑No
    d. Gifts or inheritances?  ☐Yes  ☑No
    e. Any other income (other than listed above)?  ☐Yes  ☑No
    f. Loans?  ☐Yes  ☑No

    If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: _____

---

REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT

CV-60 (04/06)                                                                                                              Page 1 of 2

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☐Yes ☒No

   If the answer is yes, identify each account and separately state the amount of money held in **each** account for each of the *six (6) months prior* to the date of this declaration.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐Yes ☒No

   If the answer is yes, describe the property and state its approximate value: _____

5. In what year did you last file an Income Tax return? 2019

   Approximately how much income did your last tax return reflect? $20,000.00

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:

   HUNTER LEHMAN, HAILEY LEHMAN, HANNAH LEHMAN; $1,394.00 / MONTH

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

| TEXAS | GALVESTON |
|---|---|
| State | County (or City) |

I, ANDREW P LEHMAN, J.D._____, declare under penalty of perjury that the foregoing is true and correct.

05/22/2020
Date

Plaintiff/Petitioner (Signature) / Cross Petitioner
Defendant