BENJAMIN VAUGHN, DC Bar #999347
E-mail: Benjamin.vaughn@cfpb.gov
Phone: (202) 435-7964
GABRIEL HOPKINS, NY Bar #5242300
E-mail: Gabriel.hopkins@cfpb.gov
Phone: (202) 435-7842
1700 G Street, NW
Washington, DC 20552
Fax: (202) 435-7722

LEANNE E. HARTMANN, CA Bar #264787 - Local Counsel
E-mail: Leanne.hartmann@cfpb.gov
301 Howard St., Suite 1200
San Francisco, CA 94105
Phone: (415) 844-9787
Fax: (415) 844-9788

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection,<br><br>    Plaintiff,<br><br>vs.<br><br>Certified Forensic Loan Auditors, LLC (California); Certified Forensic Loan Auditors, LLC (Texas); Andrew Lehman; and Michael Carrigan,<br><br>    Defendants. | Case No.: 2:19−cv−07722 ODW (JEMx)<br><br>JOINT MOTION FOR ENTRY OF STIPULATED FINAL JUDGMENT AND ORDER AS TO DEFENDANTS CERTIFIED FORENSIC LOAN AUDITORS, LLC (CALIFORNIA); CERTIFIED FORENSIC LOAN AUDITORS, LLC (TEXAS); AND ANDREW LEHMAN |

    The Bureau of Consumer Financial Protection (Bureau) has filed in this Court its Amended Complaint against Defendants Certified Forensic Loan Auditors, LLC (TX), Certified Forensic Loan Auditors, LLC (CA), and Andrew Lehman (collectively "Defendants") under the Consumer Financial Protection Act of 2010 (CFPA), 12 U.S.C. §§ 5531, 5536(a), 5564 and 5565, and under section 626 of the Omnibus Appropriations Act, 2009 (as amended by section 1097 of the CFPA), 12 U.S.C. § 5538, and its implementing regulation, the Mortgage Assistance Relief Services Rule (Regulation O), 12 C.F.R. pt. 1015 (2011).

1  The Bureau and Defendants have agreed to the attached Stipulated Final
2  Judgment and Order, which if entered by the Court, would resolve all matters in
3  dispute in the action between them.
4  The Bureau and Defendants hereby jointly move that the court approve and
5  enter the Stipulated Final Judgment and Order attached as Attachment A – Stipulated
6  Final Judgment and Order.

Dated: June 26, 2020            Respectfully submitted,

/s/ Benjamin Vaughn
Benjamin Vaughn (pro hac vice)
Gabriel Hopkins (pro hac vice)
Leanne Hartmann

Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552

*Attorneys for Plaintiff*
*Bureau of Consumer Financial Protection*


/s/ Maryam Atighechi
9465 Wilshire Blvd Suite 300
Beverly Hills, CA 90212
Telephone: 424-284-4258
Fax: 310-773-4541
E-mail: Maryam@familylaw-firm.com
*Attorney for Defendants Certified Forensic Loan Auditors, LLC (CA), Certified Forensic Loan Auditors, LLC (TX),*

/s/ Andrew Lehman
Andrew Lehman (pro se)
94 Bayou Lane
Kemah, TX 77565


Pursuant to L.R. 5-4.3.4.(a)(2)(i), I attest that the other signatories listed, and on whose

behalf this filing is submitted, concurs in the filing's content and has authorized the filing.

/s/ Benjamin Vaughn
Benjamin Vaughn

# CERTIFICATE OF SERVICE

I, Benjamin Vaughn, hereby certify that the foregoing Motion for Entry of Stipulated Judgment and Order was served electronically on the parties via the Court's electronic filing system.

Date: June 26, 2020

                                             */s/* Benjamin Vaughn

                                             Benjamin Vaughn (pro hac vice)