UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | 2:19-cv-07722-ODW (JEMx) | Date | June 26, 2020 |
|---|---|---|---|
| Title | *Bureau of Consumer Financial Protection v. Certified Forensic Loan Auditors, LLC et al* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings:**     **In Chambers**

    In light of the Parties' Joint Motion for Entry of Stipulated Final Judgment and Order as to Defendants Certified Forensic Loan Auditors, LLC (California), Certified Forensic Loan Auditors, LLC (Texas), and Andrew Lehman, (ECF No. 88), the Court's hearing on Plaintiff's Motion for Preliminary Injunction, (ECF No. 64), set for June 29, 2020 is hereby **VACATED** and taken off calendar.

                                                                                                :   00

Initials of Preparer   SE