BENJAMIN VAUGHN, DC Bar #999347
E-mail: Benjamin.vaughn@cfpb.gov
Phone: (202) 435-7964
GABRIEL HOPKINS, NY Bar #5242300
E-mail: Gabriel.hopkins@cfpb.gov
Phone: (202) 435-7842
1700 G Street, NW
Washington, DC 20552
Fax: (202) 435-7722

LEANNE E. HARTMANN, CA Bar #264787 - Local Counsel
E-mail: Leanne.hartmann@cfpb.gov
301 Howard St., Suite 1200
San Francisco, CA 94105
Phone: (415) 844-9787
Fax: (415) 844-9788

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection,<br>          Plaintiff,<br>vs.<br>Certified Forensic Loan Auditors, LLC (CA);<br>Certified Forensic Loan Auditors, LLC (TX);<br>Andrew Lehman; and Michael Carrigan,<br>          Defendants. | NOTICE BY PLAINTIFF BUREAU OF CONSUMER FINANCIAL PROTECTION |

Plaintiff, Bureau of Consumer Financial Protection (Bureau), files this Notice to inform the Court that on June 29, 2020, the Supreme Court issued a decision in *Seila Law LLC v. Consumer Financial Protection Bureau*, No. 19-7, 2020 WL 3492641 (U.S.). That decision, attached hereto as Exhibit A, held that a provision of the Bureau's organic statute that permitted the President to remove the Bureau's Director only for "inefficiency, neglect of duty, or malfeasance in office" was unconstitutional. The Court accordingly severed that provision from the statute. In

doing so, it made clear that "[t]he agency may … continue to operate," with a Director who is "removable by the President at will." *Id.* at *5.

      The decision does not alter the Court's authority over the parties' Joint Motion for Entry of a Stipulated Judgment and Final Order. Dkt. 88. *Cf.* Order Denying Defs' Mot. to Stay, at 3 ("[E]ven if a favorable ruling was obtained by Defendants in *Seila Law*, the express language of the statute calls for simply severing the provision from the CFPA while leaving the rest of the statute in place. Accordingly, … it appears unlikely that the Bureau's claims [in this case] will be disturbed.") (Dkt. 55).

Dated: June 30, 2020

Respectfully submitted,

/s/ Benjamin Vaughn
Benjamin Vaughn (pro hac vice)
Gabriel Hopkins (pro hac vice)
Leanne Hartmann

Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552

*Attorneys for Plaintiff*
*Bureau of Consumer Financial Protection*

**CERTIFICATE OF SERVICE**

I, Benjamin Vaughn, hereby certify that the foregoing Notice was served electronically on the parties via the Court's electronic filing system.

Date: June 30, 2020

                                                 /s/ Benjamin Vaughn
                                               Benjamin Vaughn (pro hac vice)