*WHEN RECORDED MAIL TO:*

John Marlow
c/o Chanea Young
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection,<br><br>PLAINTIFF(S),<br>v.<br><br>Certified Forensic Loan Auditors, LLC;<br>Andrew Lehman; and Michael Carrigan,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 2:19-cv-07722-ODW-JEMx<br><br><br>**ABSTRACT OF JUDGMENT/ORDER** |

I certify that in the above-entitled action and Court, Judgment/Order was entered on 7/20/2020 in favor of Bureau of Consumer Financial Protection,

whose address is 1700 G Street, NW, Washington, DC, 20552

and against Andrew Lehman

whose last known address is 94 Bayou Lane, Kemah, TX 77565

for $ 40000     Principal,   $ 0     Interest,   $ 0     Costs, and $ 0     Attorney Fees.

ATTESTED this    2nd    day of    September   , 2020.

Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☐ Unknown.

Judgment debtor's Social Security number; _____ (last 4 digits) ☐ Unknown.

☐ No stay of enforcement ordered by Court

☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

Andrew Lehman
94 Bayou Lane,
Kemah, TX 77565

CLERK, U.S. DISTRICT COURT

By _____
   Deputy Clerk

1174

NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

G-18 (03/12)                ABSTRACT OF JUDGMENT/ORDER