# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| BUREAU OF CONSUMER FINANCIAL PROTECTION | CASE NUMBER |
|---|---|
| | 2:19-cv-7722-ODW-JEM |
| PLAINTIFF(S) | |
| v. | |
| CERTIFIED FORENSIC LOAN AUDITORS, LLC; ANDREW LEHMAN; MICHAEL CARRIGAN | NOTICE OF DEFICIENCY RE: WRIT OF EXECUTION AND ABSTRACT OF JUDGMENT |
| DEFENDANT(S) | |

The document(s) submitted for issuance contains one or more errors, as indicated below, and is being returned to you for correction. Once the correction(s) has been made, please resubmit the document.

☐ Writ/abstract must contain the name(s) and address(es) of the judgment debtor.

☐ Entered date listed on the writ/abstract does not match the entered date of the judgment/order.

☐ The amount(s) listed in writ/abstract do(es) not coincide with the amount(s) in the judgment/order.

☐ If there are no amounts for principal, attorney fees, costs or interest, please enter a zero (0) on each line.

☐ Attested date must be left blank.

☒ Last four digits of the judgment debtor's driver's license and social security number were not indicated on the Abstract of Judgment. If these numbers are unknown, place an "X" in the box labeled "Unknown."

☐ Original, unexecuted writ of execution must be returned to the clerk prior to the issuance of a successive writ if 180 days have not elapsed since the issuance of the original writ.

☐ Other:

Clerk, U. S. District Court

December 6, 2021
Date

By K. PASTRANA HERNANDEZ
Deputy Clerk

WHEN RECORDED MAIL TO:

John Marlow
Consumer Financial Protection Bureau
Enforcement Division
1700 G Street NW
Washington, DC 20552

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection,<br><br>PLAINTIFF(S),<br>v.<br><br>Certified Forensic Loan Auditors, LLC;<br>Andrew Lehman; and Michael Carrigan,<br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 2:19-cv-07722-ODW-JEM<br><br>**ABSTRACT OF JUDGMENT/ORDER** |

I certify that in the above-entitled action and Court, Judgment/Order was entered on 7/20/2020
in favor of Bureau of Consumer Financial Protection,
whose address is 1700 G Street, NW, Washington, DC, 20552
and against Andrew Lehman
whose last known address is 94 Bayou Lane, Kemah, TX 77565
for $ 40000         Principal,   $ 0          Interest,   $ 0           Costs,
and $ 0              Attorney Fees.

ATTESTED this _____ day of _____, 20__.
Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☐ Unknown.
Judgment debtor's Social Security number; _____ (last 4 digits) ☐ Unknown.
☐ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

Andrew Lehman
94 Bayou Lane,
Kemah, TX 77565

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk

***NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN
AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.***

G-18 (03/12)                              ABSTRACT OF JUDGMENT/ORDER