LODGED
CLERK, U.S. DISTRICT COURT
4/28/2025
CENTRAL DISTRICT OF CALIFORNIA
BY ___RYO___ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection<br>　　　　　Plaintiff.<br><br>　　　　vs.<br><br>Certified Forensic Loan Auditors, LLC, (CA); Certified Forensic Loan Auditors, LLC (TX); Andrew P. Lehman; and Michael Carrigan,<br><br>　　　　　Defendants. | CIVIL ACTION No.<br>CV 19-07722-ODW (JEMx) |

**ORDER**

This matter comes before the Court on Mark Burke and Joanna Burke's Motion to Reopen and Motion to Intervene in the above-captioned case. The Court, having reviewed the motions, the supporting documents, and the arguments presented, hereby finds that the requirements for granting the motions have been met.

IT IS HEREBY ORDERED THAT:

The Motion to Reopen is GRANTED. The case is reopened for further proceedings, and;

The Motion to Intervene is GRANTED.

Mark Burke and Joanna Burke are allowed to intervene in this matter as a right, as Plaintiff-Intervenors, pursuant to Rule 24(a) of the Federal Rules of Civil Procedure, which provides for intervention of right when the applicant demonstrates a significant legal interest in the matter at hand and their ability to protect that interest may be impaired or impeded without intervention.

The Clerk of Court is directed to update the docket accordingly and serve a copy of this Order on all parties of record.

SO ORDERED.

SIGNED on this _____.

_____

United States District Judge