UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:19-cv-07722-ODW (JEMx) | Date | June 27, 2025 |
|---|---|---|---|
| Title | *Bureau of Consumer Financial Protection v. Certified Forensic Loan Auditors, LLC et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings (In Chambers):**

The Court is in receipt of Proposed Intervenors Mark Burke and Joanna Burke's Motion to Intervene, (ECF No. 98). The Motion is set for hearing on **August 4, 2025, at 1:30 PM** before Judge Otis D. Wright II. Oppositions to the Motion are due by **July 14, 2025**. Replies in support of the motion are due by **July 21, 2025**.

**IT IS SO ORDERED.**

: 00

Initials of Preparer  SE